UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Alegra Motorsports, LLC,
a Florida Limited Liability Company,

    Plaintiff,

-v-

                              Case No.:

Nano ProMT, LLC.
a North Carolina Limited Liability Company,

    Defendant.
_____/

## COMPLAINT

Plaintiff Alegra Motorsports, LLC ("Alegra" or "Plaintiff"), a Florida Limited Liability Company, by and through the undersigned counsel, hereby sues Defendant Nano ProMT, LLC ("Nano" or "Defendant"), a North Carolina Limited Liability Company, and alleges as follows:

### INTRODUCTION

1. This is an action for breach of contract and related causes of action arising out of Nano's failure to fully pay sponsorship fees it owes for Alegra's promotion of Nano's products on Alegra's vehicles and equipment at car races in Florida.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. §1332 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

3. This Court has personal jurisdiction over Defendant under the Florida Long Arm Statute, § 48.193(1)(a)(1), 48.193(1)(a)(6). 48.193(1)(a)(7), 48.193(1)(a)(9), and/or 48.193(2).

4. Venue is appropriate in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b)(2) because jurisdiction is founded on diversity of citizenship and a substantial part of the events or omissions giving rise to these claims occurred in this District.

5. Specifically, the agreements at issue lay venue and exclusive jurisdiction in the Court of record for Hillsborough County, Florida.

## PARTIES

6. Alegra Motorsports, LLC is a Florida Limited Liability Company, with its principal place of business in Hillsborough County, Florida. All members of Alegra Motorsports, LLC are citizens of Florida. Accordingly, Plaintiff is deemed a citizen of Florida.

7. Nano ProMT, LLC is a North Carolina Limited Liability Company, with its principal place of business in Mecklenburg County, North Carolina. All members of Nano ProMT, LLC are citizens of North Carolina. Accordingly, Defendant is deemed a citizen of North Carolina.

8. Complete diversity of citizenship exists between the Plaintiff and the Defendant.

## FACTS COMMON TO ALL COUNTS

9. Alegra is a Florida-based professional car racing team which competes in automobile races across worldwide.

10. Nano is a manufacturer of industrial lubricants.

11. Beginning in late 2020 and continuing into early 2021, Nano and Alegra began discussions for Nano to be one of Alegra's primary sponsors for Alegra's 2021 race season.

12. On January 9, 2021, Alegra and Nano entered into a Sponsorship Agreement (the "January Agreement"). A true copy of the January Agreement is attached hereto as **Exhibit A**.

13. Under the January Agreement, Alegra promised to place Nano's logo on its competition car and on its crew hats at the 2021 Daytona Roar Race and the 2021 24 Hours of Daytona in exchange for $100,000. Payment was due January 20, 2021.

14. Alegra fulfilled its obligations pursuant to the January Agreement at the 2021 IMSA Daytona Roar Race from January 20, 2021 to January 24, 2021.

15. Alegra fulfilled its obligations pursuant to the January Agreement at the 2021 24 Hours of Daytona Race from January 28, 2021 to January 31, 2021.

16. Photographs from the Daytona races showing the fulfillment of Alegra's obligations under the January Agreement are attached as **Exhibit C-1**.

17. On February 22, 2021, Alegra and Nano entered into another Sponsorship Agreement ("February Agreement"). A true copy of the February Agreement is attached hereto as **Exhibit B**.

18. Under the February Agreement, Alegra promised to place Nano's logo on its competition car and crew hats at the 2021 IMSA 12 Hours of Sebring Race in exchange for $75,000. Payment was due March 20, 2021.

19. Alegra fulfilled its obligations pursuant to the February Agreement at the 12 Hours of Sebring Race from March 16, 2021 to March 20, 2021.

20. Photographs from the Sebring race showing the fulfillment of Alegra's obligations under the February Agreement are attached as **Exhibit C-2**.

21. Specifically, agents of Nano traveled to Florida to attend the races in which Nano's likeness was prominently on display.

22. Further, Nano has used photographs showing the sponsorships (for which they refuse to pay for) from the Daytona and Sebring races in their promotions and employee LinkedIn pages. *See **Composite Exhibit D***.

23. Since the execution of the January Agreement and February Agreement, Alegra has only received $25,000 of the $175,000 it is owed.

24. Despite multiple collection attempts, Nano has refused to pay the balance it admits to owes. *See **Composite Exhibit E** (showing text messages from Nano President Andrew Hough to Alegra admitting that the money is owed.)*

25. Pursuant to the Agreements, Alegra is entitled to $150,000.

26. Due to Nano's refusal to pay the money it promised, Alegra's 2021 racing season was impacted and Alegra was damaged and was unable to compete in select races during the 2021 racing season.

27. As a result of Nano's refusal to pay the monies it owes, Alegra has retained the undersigned law firm as its attorney. Alegra is obligated to pay this law firm a reasonable fee for its services. Pursuant both the January Agreement and February Agreement, upon prevailing, Alegra will be entitled to an award of its reasonable attorneys' fees and costs incurred in connection with the prosecution of this case and any costs of collection fees.

28. All conditions precedent have occurred, been performed, substantially complied with, or been waived, and the Parties have attempted to confer in good faith prior to filing.

## COUNT I
## BREACH OF CONTRACT

Plaintiff Alegra Motorsports, LLC sues Defendant Nano ProMT, LLC, and pleads this count alternatively to all other counts, and alleges:

29. Alegra realleges and reavers paragraphs 1 through 28.

30. Alegra and Nano entered into two contracts; (the January Agreement and the February Agreement), whereby Alegra was to display Nano's logo on its car and hats in exchange for payment totaling $175,000.

31. The contracts entered into were both valid.

32. Alegra performed its promises pursuant to the two contracts.

33. As of the date of this filing, Alegra has only received $25,000.

34. Notwithstanding Alegra's fulfillment of its obligations, Nano has wrongfully withheld payment to Alegra for the full amount it agreed to pay for the services performed.

35. Nano has materially breached the contracts.

36. As a direct and proximate cause of Nano's breach of contract, Alegra has sustained and continues to sustain damages.

37. As a result of Nano's refusal to pay the rightful monies, Alegra has retained the undersigned law firm as its attorney. Nano is obligated to pay this law firm a reasonable fee for its services. Pursuant both the January Agreement and February Agreement, upon prevailing, Alegra will be entitled to an award of its reasonable attorneys' fees and costs incurred in connection with the prosecution of this case and any costs of collection fees.

WHEREFORE Alegra demands judgment against Nano for damages, attorney's fees, costs, and expenses of this action, plus all other costs of collection and such other relief that this Court deems reasonable.

## COUNT II:
## ACCOUNT STATED

Plaintiff Alegra Motorsports, LLC sues Defendant Nano ProMT, LLC, and pleads this count alternatively to all other counts, and alleges:

38. Alegra realleges and reavers paragraphs 1 through 28.

39. Before the filing of this action, Alegra and Nano had business transactions between them pursuant to the January and February Agreements, and Nano agreed to the resulting balance of $175,000.

40. Regarding the January Agreement, Alegra rendered an invoice ("Daytona Invoice") to Nano, to which Nano did not object. A true copy of the Daytona Invoice is attached hereto and incorporated herein as **Exhibit F**.

41. Regarding the February Agreement, Alegra rendered an invoice ("Sebring Invoice") to Nano, to which Nano did not object. A true copy of the Sebring Invoice is attached hereto and incorporated herein as **Exhibit G**.

42. As of the time of this filing, Alegra has only received payment totaling $25,000.

43. Nano owes Alegra $150,000.

WHEREFORE Alegra demands judgment against Nano for damages, costs, and expenses of this action, plus all other costs of collection and such other relief that this Court deems reasonable.

## COUNT III: UNJUST ENRICHMENT

Plaintiff Alegra Motorsports, LLC sues Defendant Nano ProMT, LLC, and pleads this count alternatively to all other counts, and alleges:

44. Alegra realleges and reavers paragraphs 1 through 11, 16, and 20 through 28.

45. Alegra fully performed its obligations to Nano and provided a sponsorship on Alegra's vehicle and uniforms to the benefit and enjoyment of Nano. Photographs of such sponsorship are on display within **Exhibits C-1 and C-2**.

46. Nano additionally utilized photographs from its sponsorship in its marketing and promotional materials. See **Composite Exhibit D**.

47. Nano has received the value of Alegra's consideration pursuant to the sponsorship.

48. Nano's retention of the benefit of the consideration provided by Alegra, without fair compensation to Alegra, is unjust.

49. Nano has been unjustly enriched in retaining the benefits from Alegra's consideration without paying Alegra the value of the services provided.

50. As a direct and proximate cause of the foregoing acts, Nano has been enriched at Alegra's expense, and Alegra has sustained damages.

WHEREFORE Alegra demands judgment against Nano for damages, costs, and expenses of this action, plus all other costs of collection and such other relief that this Court deems reasonable.

Dated this 9th day of June 2022.

**Respectfully Submitted,**

s/Adam Hersh/
Adam Hersh, Esq. (FBN: 0098549)
eService: adam@bluechip.law
Ajay Singh, Esq. (FBN: 102841)
eService: ajay@bluechip.law
Blue Chip Law, PLLC
301 W. Platt Street
Suite A-339
Tampa, FL 33606
Phone: 813.588.5100
Facsimile: 813.607.4120