# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALEGRA MOTORSPORTS, LLC,

    Plaintiff,

v.                                                   Case No: 8:22-cv-1325-CEH-SPF

NANO PRO MT, LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on January 19, 2023 (Doc. 21). In the Report and Recommendation, Magistrate Judge Flynn recommends that: (1) Plaintiff's Motion for Default Judgment (Doc. 14) be GRANTED in part and DENIED in part; (2) The Court direct the Clerk to enter a final default judgment for the Plaintiff on Count I; (3) Plaintiff be awarded $150,000 in damages, plus $14,467.00 in attorney's fees and costs against Defendant; and (4) The Court direct the Clerk to close the case. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Default Judgment (Doc. 14) is GRANTED in part and DENIED in part. The motion is granted as to Count I (breach of contract) and denied as to Count II (account stated) and Count III (unjust enrichment).

(3) Plaintiff is awarded $150,000 in damages, plus $14,467.00 in attorney's fees and costs against Defendant.

(4) The Clerk is directed to enter a final default judgment in favor of Plaintiff as to Count I in the total amount of $164,467.00

(5) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on February 13, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record